IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| DAVID TURLEY, | § § § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| vs. | | CIVIL ACTION NO. 2:21-cv-00064 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, ADMINISTRATIVE COMMITTEE OF THE SCHLUMBERGER GROUP WELFARE BENEFITS PLAN, and SCHLUMBERGER GROUP WELFARE BENEFITS PLAN, | | |
| *Defendants*. | | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, through undersigned counsel, state that they have finalized settlement of the above-captioned matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal of this action **WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

Dated this 3rd day of March, 2022.

**[SIGNATURES ON FOLLOWING PAGE]**

1

Jointly and respectfully submitted by:

/s/ Elizabeth A. Thornsbury (w/ permission by MRP)
Elizabeth A. Thornsbury
Austin Mehr
MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
ATTORNEY FOR PLAINTIFF


*/s/ Matthew R. Parsons*
Adam T. Goebel
Matt R. Parsons
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202

-and-

Travis J. Sales
Texas Bar Number 17532080
*Admitted pro hac vice*
Matthew G. Sheridan
Texas Bar Number 24088404
*Admitted pro hac vice*
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1378
Facsimile: (713) 229-7878

ATTORNEYS FOR DEFENDANTS
LIFE INSURANCE COMPANY OF NORTH AMERICA, ADMINISTRATIVE COMMITTEE OF THE SCHLUMBERGER GROUP WELFARE BENEFITS PLAN, AND SCHLUMBERGER GROUP WELFARE BENEFITS PLAN

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3rd, 2022, a true and exact copy of the foregoing was served electronically in accordance with the method established under this Court's ECF System, which shall provide electronic notice to the following:

>Elizabeth A. Thornsbury
>Austin Mehr
>Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
>201 West Short Street, Suite 800
>Lexington, Kentucky 40507

                                                */s/ Matthew R. Parsons*
                                                Matthew R. Parsons